# EXHIBIT 3

# SecureRelease™ Portal

 







| DETAILS | CONTACT INFORMATION | DOCUMENT | Request Number: | 2026-ICFO-14187 ▾ |
|---|---|---|---|---|

## Details of Request
(Read only details of request)

**CANCEL**

**Request Description:** January 27, 2026 Dear FOIA Officer, Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) request the full-length, unabridged recordings (subject to lawful redactions) of all video footage recorded in the State of Minnesota between January 8 and January 27, 2026, by or on behalf of U.S. Immigration and Customs Enforcement (ICE) for public affairs, social media, communications, or promotional purposes. These include but are not limited to video files from cell phones, DSLRs, cinema cameras, drone-mounted cameras, or other professional-grade recording devices. If any portion of the responsive video recordings requires redaction, I request that redactions be applied without altering the duration of the recordings. Specifically, I request lawful redactions involve visual masking (e.g., black boxes or

**Fee Waiver Requested? :** Pending Decision

**Reason for Fee Waiver:** CIR seeks a full waiver on th grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes.






blurring) and/or audio suppression (e.g., beeps or muting), rather than removing, cutting, or collapsing segments of the recordings. Where exempt material appears only in the audio or video track of a recording, I request that the agency redact only the specific modality containing the exempt information, rather than redacting both audio and video by default. CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. Thank you in advance for your attention to this matter. Please do not hesitate to contact us if you have questions. Regards, Rachel de Leon, rdeleon@cir.org PO Box 584 San Francisco CA 94014¬

**Expedited Processing?:**   Not Requested

**Reason for Expedited Processing:**   -

**Agency:**   Department of Homeland Security

**Component:**   U.S. Immigration & Customs Enforcement

**Processing Track:**   Simple

**Request Type:**   FOIA Request

**Submitted Date:** 01/27/2026

**Request Status:** Initial Determination

**Identity Verification Status:** Not Requested by Agency

### Additional Information

(Additional details or clarifications of request.)

**Request Designation:** Other (I am not requesting records about a person)



### Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows ▾    |<    <    0-0 of 0    >    >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE    COOKIE SETTINGS    GOVERNMENT SYSTEM N