Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice forthcoming*)
THE CENTER FOR INVESTIGATIVE
  REPORTING
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Center for Investigative Reporting**, | Case No. 3:26-cv-2414 |
| Plaintiff, | **Certification of Interested Entities or Persons** |
| v. | |
| **United States Immigration and Customs Enforcement**, *et al.*, | |
| Defendants. | |

Plaintiff The Center for Investigative Reporting, a non-profit corporation, certifies that it has no parent company and issues no stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Date: March 19, 2026

LAW OFFICE OF MATTHEW S.L. CATE

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate

*Counsel for Plaintiff*