Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice forthcoming*)
THE CENTER FOR INVESTIGATIVE
  REPORTING
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Center for Investigative Reporting**, | Case No. 3:26-cv-02414-AGT |
| Plaintiff, | **Declaration of Service** |
| v. | |
| **United States Immigration and Customs Enforcement**, *et al.*, | |
| Defendants. | |

I, Matthew S.L. Cate, declare:

1.    I am counsel of record for Plaintiff The Center for Investigative Reporting.

2.    On March 24, 2026, I served on the **U.S. Attorney for the Northern District of California** copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Alex G. Tse, (5) Standing Order for All Judges of the Northern District of California— Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate

Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking #9589 0710 5270 2962 8117 14).

3. According to the USPS tracking system, the U.S. Attorney for the Northern District of California received those materials on March 25, 2026. Ex. 1.

4. On March 24, 2026, I served on **Defendant United States Immigration and Customs Enforcement ("ICE")** copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking #9589 0710 5270 2962 8117 07).

5. According to the USPS tracking system, ICE received those materials on March 30, 2026. Ex. 2.

6. On March 24, 2026, I served on **Defendant United States Customs and Border Protection** ("CBP") copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking #9589 0710 5270 2962 8116 91).

7. According to the USPS tracking system, CBP received those materials on March 30, 2026. Ex. 3.

8. On March 24, 2026, I served on **U.S. Attorney General Pamela Bondi** copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking #9589 0710 5270 2962 8117 21).

9.    According to the USPS tracking system, the Attorney General received those materials on March 30, 2026. Ex. 4.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 31, 2026                           /s/ Matthew S.L. Cate
                                               Matthew S.L. Cate