# EXHIBIT 1

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702962811714

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on March 25, 2026 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
March 25, 2026, 10:37 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**