Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice forthcoming*)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **The Center for Investigative Reporting**,<br><br>Plaintiff,<br><br>v.<br><br>**United States Immigration and Customs Enforcement, *et al.***,<br><br>Defendants. | Case No. 3:26-cv-2414-RFL<br><br>**Plaintiff's Notice of Consent to Filing of First Amended Complaint** |

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff The Center for Investigative Reporting ("CIR") hereby provides notice that Defendants have, pursuant to an agreement the parties have made in writing, provided consent to the CIR's filing of a First Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2); *see also* Ex. 1 (redlined copy of pleading). The First Amended Complaint is being filed concurrently with this notice.

**LAW OFFICE OF MATTHEW S.L. CATE**

Dated: August 17, 2026

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate

*Counsel for Plaintiff*