# EXHIBIT 1

SecureRelease™ Portal

DETAILS CONTACT INFORMATION DOCUMENT

Request Number: CBP-FO-2026-052151

**Details of Request**

(Read only details of request)

CREATE APPEAL CANCEL

**Request Description:** Dear FOIA Officer, Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) seeks all CPB-created or CPB-contracted unedited video and audio recordings related to the below two enforcement events (including but not limited to body-worn camera footage, handheld camera/cell phone recordings, fixed surveillance systems, vehicle-mounted cameras, drone or aircraft footage, and recordings created by CPB Public Affairs or CPB-funded content creators): 1) January 7, 2026 in Minneapolis, Minnesota on Portland Avenue, which resulted in Renée Good's death 2) January 24, 2026 in Minneapolis, Minnesota near the intersection of 26th Street West and Nicollet Avenue, which resulted in Alex Pretti's death. Both of these enforcement events resulted in national demonstrations and days of news coverage. This request

**Fee Waiver Requested? :** Pending Decision

**Reason for Fee Waiver:** CIR seeks a full waiver on th grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick.

should be granted expedited processing. Disclosure of these records is urgently needed to inform the public about actual or alleged government activity, and any delay in release would hinder the public's ability to evaluate and make informed decisions about the government's actions. CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. Thank you in advance for your attention to this matter. Please do not hesitate to contact us if you have questions. Regards, Rachel de Leon, rdeleon@cir.org

**Agency:** Department of Homeland Security

**Component:** U.S. Customs & Border Protection

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 01/26/2026

**Request Status:** Initial Determination

**Expedited Processing?:** Pending Decision

**Reason for Expedited Processing:** Both of these enforcement events resulted in national demonstrations and days of news coverage. This request should be granted expedited processing. Disclosure of these records is urgently needed to inform the public about actual or alleged government activity, and any delay in release would hinde the public's ability to evaluat and make informed decisions about the government's actions.

**Identity Verification Status:** Not Requested by Agency

**Files uploaded by user**

Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
| --- | --- |
| No attachments to display | |

5 rows 0-0 of 0