# EXHIBIT 2

SecureRelease™ Portal

DETAILS CONTACT INFORMATION DOCUMENT

Request Number: 2026-ICFO-13569

**Details of Request**

(Read only details of request)

CREATE APPEAL

**Request Description:** January 26, 2026 Dear FOIA Officer, Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) seeks all ICE-created or ICE-contracted unedited video and audio recordings related to the below two enforcement events (including but not limited to body-worn camera footage, handheld camera/cell phone recordings, fixed surveillance systems, vehicle-mounted cameras, drone or aircraft footage, and recordings created by ICE Public Affairs or ICE-funded content creators): 1) January 7, 2026 in Minneapolis, Minnesota on Portland Avenue, which resulted in Renée Good's death 2) January 24, 2026 in Minneapolis, Minnesota near the intersection of 26th Street West and Nicollet Avenue, which resulted in Alex Pretti's death. Both of these enforcement events resulted in national demonstrations and days of

**Fee Waiver Requested? :** Not Applicable

**Reason for Fee Waiver:** CIR seeks a full waiver on th grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick.

news coverage. This request should be granted expedited processing. Disclosure of these records is urgently needed to inform the public about actual or alleged government activity, and any delay in release would hinder the public's ability to evaluate and make informed decisions about the government's actions. CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. Thank you in advance for your attention to this matter. Please do not hesitate to contact us if you have questions. Regards, Rachel de Leon, rdeleon@cir.org

**Expedited Processing?:** Not Applicable

**Reason for Expedited Processing:** Both of these enforcement events resulted in national demonstrations and days of news coverage. This request should be granted expedited processing. Disclosure of these records is urgently needed to inform the public about actual or alleged government activity, and any delay in release would hinde the public's ability to evaluat and make informed decisions about the government's actions.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 01/26/2026

**Request Status:** Closed (No Documents Sent)

**Identity Verification Status:** Not Requested by Agency

## Additional Information

(Additional details or clarifications of request.)

**Request Designation:** Other (I am not requesting records about a person)

### Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows 0-0 of 0