# EXHIBIT 3

the center for investigative reporting

Rachel de Leon <rdeleon@cir.org>

# CBP FOIA - CBP-FO-2026-052151

1 message

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us> Wed, Mar 4, 2026 at 11:29 AM
Reply-To: cbpfoia@cbp.dhs.gov
To: rdeleon@cir.org

Rachel de Leon
CIR
PO Box 584
San Francisco, California 94014

03/04/2026

CBP-FO-2026-052151

Dear Rachel de Leon:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 1/26/2026, in which you requested the following: "Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) seeks all CPB-created or CPB-contracted unedited video and audio recordings related to the below two enforcement events (including but not limited to body-worn camera footage, handheld camera/cell phone recordings, fixed surveillance systems, vehicle-mounted cameras, drone or aircraft footage, and recordings created by CPB Public Affairs or CPB-funded content creators):

1) January 7, 2026 in Minneapolis, Minnesota on Portland Avenue, which resulted in Renée Good's death
2) January 24, 2026 in Minneapolis, Minnesota near the intersection of 26th Street West and Nicollet Avenue, which resulted in Alex Pretti's death.

Both of these enforcement events resulted in national demonstrations and days of news coverage. This request should be granted expedited processing. Disclosure of these records is urgently needed to inform the public about actual or alleged government activity, and any delay in release would hinder the public's ability to evaluate and make informed decisions about the government's actions.

CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. "

Please use the following unique FOIA tracking number CBP-FO-2026-052151 to track the status of your request. If you have not already done so, you must create a SecureRelease account. This is the only method available to check the status of your pending FOIA request.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c). As the subject matter of your request is of substantial interest to two or more components of CBP or of substantial interest to another agency, we will need to consult with those entities before we issue a final response. Due to these unusual circumstances, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests. We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection