UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br>Plaintiff,<br>v.<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Defendants. | Case No. 26-cv-02414-RFL<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 24 |

At the parties' request, the August 26, 2026 case management conference is continued to November 18, 2026. Plaintiff's request to direct Defendants "to process at least 60 minutes of footage per month" rather than 25-30 minutes per month is denied without prejudice. Defendants state that they will have information about the estimated total volume of responsive videos and their duration, and thus their proposed processing schedule, in the next few weeks. Defendants shall provide that information to Plaintiff by September 18, 2026. In that communication, Defendants shall provide Plaintiff with a detailed explanation of the basis for their anticipated schedule, including the hours required for review, what staffing will be assigned, and specifically why more staffing cannot be provided. The parties shall further meet and confer, and if they cannot resolve the dispute, they may submit it for resolution via a joint letter of no more than 5 pages single-spaced, which may attach declarations if necessary.

**IT IS SO ORDERED.**

Dated: August 20, 2026

RITA F. LIN
United States District Judge