CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE CENTER FOR INVESTIGATIVE REPORTING,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

CASE NO. 3:26-cv-02414-RFL

**JOINT CASE MANAGEMENT STATEMENT**

Date: November 18, 2026
Time: 10:00 a.m.
Location: Zoom videoconference
Judge: Hon. Rita F. Lin

Plaintiff The Center for Investigative Reporting ("CIR") and Defendants U.S. Immigration and Customs Enforcement ("ICE") and U.S. Customs and Border Protection ("CBP") (collectively, "Defendants"; together with Plaintiffs, the "Parties") respectfully submit this Joint Further Case Management Statement. *See* Dkt. 25.

**1. Settlement and ADR**

The Parties are amenable to a settlement conference with a magistrate judge at an appropriate time, but do not believe that the matter is ripe for ADR at this time. The Parties have filed their ADR certifications. The Parties will reassess once Defendants determine they have fully responded to the FOIA requests, or if the Parties otherwise determine they have reached an impasse in this litigation. The Parties will continue to meet and confer regarding potential settlement.

**2. Scheduling**

**A. Production Schedule**

**<u>Defendants' Statement</u>**

Defendants have completed their anticipated searches for responsive records, barring any supplemental searches that may be required if any leads reveal the potential existence of additional records.

1. <u>ICE</u>

ICE has identified approximately 515 videos encompassing about 5 hours of footage. ICE has committed to processing at least 30 minutes of video per month (*see* Dkt. 24 at 1), such that the agency expects to complete its productions in approximately 10 months at the current rate. ICE made its first production on October 14, 2026. The Parties are meeting and conferring about potential ways to prioritize or narrow the scope of Plaintiff's requests.

2. <u>CBP</u>

CBP has identified more than 1000 potentially responsive videos, encompassing more than 155 hours of footage. CBP has committed to processing at least 25 minutes of video per month (*see* Dkt. 24 at 1), such that the agency expects to complete its productions in approximately 372 months at the current rate. CBP made its first production on November 6,

2026. The Parties are meeting and conferring about potential ways to prioritize or narrow the scope of Plaintiff's requests.

**Plaintiff's Statement**

The Parties have been unable to resolve their dispute over the sufficiency of the agencies' rate of review and whether their efforts are sufficient to satisfy their statutory obligation under FOIA to make the requested public records "promptly available." 5 U.S.C. § 552(a)(3)(A).

The Parties accordingly anticipate submitting a joint letter brief on the dispute, pursuant to the Court's August 20, 2026, order. *See* ECF No. 25. Plaintiff requests that the Court order the following schedule regarding that submission: (1) Plaintiff to circulate to Defendants a draft of the letter by Monday, November 16, 2026, (2) Defendants to recirculate the draft letter by Friday, November 20, 2026, and (3) Plaintiff will file the final joint submission by Monday, November 23, 2026.

**B. Dispositive Motions**

In light of these developments, the Parties respectfully submit that it is premature to set a schedule for dispositive motions. They propose that the Court vacate the Case Management Conference currently set for November 18, 2026, and set a Further Case Management Conference in approximately four months (*i.e.*, approximately mid-March), at which point the Parties can provide updates on the processed records, the volume of records remaining to be processed, and, if appropriate, a proposed dispositive-motion schedule.

Respectfully submitted,

Dated: November 11, 2026

*/s/ Matthew S.L. Cate*

Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
**THE CENTER FOR**

**INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN
United States Attorney

Dated: November 11, 2026

/s/ *Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Defendants*

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND