Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **The Center for Investigative Reporting**,<br><br>Plaintiff,<br><br>v.<br><br>**United States Immigration and Customs Enforcement, *et al.***,<br><br>Defendants. | Case No. 3:26-cv-2414-RFL<br><br>**Declaration of Matthew S.L. Cate in Support of Plaintiff re Letter Brief** |

I, Matthew S.L. Cate, declare:

1. I am an attorney licensed to practice in California and counsel for plaintiff in this action, The Center for Investigative Reporting ("CIR"). I am more than 18 years old and am making this declaration in support of Plaintiff's Position included in the joint brief regarding the parties' dispute over Defendants' rate of processing of public records potentially responsive to CIR's FOIA requests. The statements below are based on my personal knowledge, except for those stated on information and belief (of which I am informed and believe to be true). If called as a witness, I could and would testify competently about the contents of this declaration.

2. On various dates from and including September 18, 2026, through November 10, 2026, I correspondence with counsel in this action for Defendants Immigration and Customs Enforcement ("ICE") and United States Customs and Border Protection ("CBP") about the agencies processing of public records potentially responsive to CIR's FOIA requests. A true and correct copy of a chain of those email exchanges is attached as **CIR Exhibit 1**.

3. On November 16, 2026, I accessed a webpage maintained by the U.S. Department of Homeland Security ("DHS"), at https://www.dhs.gov/foia-annual-reports, on which DHS publishes its annual report of FOIA-related data specific to the agency and its component divisions, including ICE and CBP. From that site, I accessed and downloaded copies of DHS' FOIA annual reports for fiscal years from 2021 through 2025.

4. A true and correct copy of excerpts of DHS' FOIA annual report for fiscal years 2021, 2022, 2023, 2024, and 2025 are attached as **CIR Exhibits 2, 3, 4, 5 and 6**, respectively.

5. Attached as **CIR Exhibit 7** is a true and correct copy of the Stipulated Order to Extend Defendants' Time to Response to the Complaint filed in *ACLU of Pennsylvania v. ICE, et al.*, No. 2:26-cv-02690 (E.D. Pa. Aug. 17, 2026), in which ICE agreed to review video footage at issue in that FOIA case at a rate of 45 minutes per month.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2026

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate