# CIR Exhibit 2




# Department of Homeland Security

## Fiscal Year 2022 Freedom of Information Act Report to the Attorney General of the United States and the Director of the Office of Government Information Services

*February 2022*

Homeland Security

# Executive Summary

In Fiscal Year 2021, the Department of Homeland Security (DHS) set new records for the number of Freedom of Information Act (FOIA) requests received and processed, while achieving its lowest backlog in almost a decade. Overall, DHS received 442,650 FOIA requests and responded to 467,347 requests. DHS ended FY 2021 with a backlog of 25,102 requests – a reduction of more than 30 percent compared to the end of FY 2020, and only 6 percent of the total number of requests received.

The Privacy Office published the 2020 – 2023 DHS Departmental FOIA Backlog Reduction Plan in March 2019, resulting in substantial progress in modernizing DHS FOIA business operations. In addition to reducing the DHS Privacy Office backlog by 92 percent, the DHS Privacy Office closed approximately 25,000 requests received by mail in FY 2019 that could not be logged previously due to necessary COVID-19 safety protocols. The DHS Privacy Office also assisted U.S. Citizenship and Immigration Services (USCIS), U.S. Immigration and Customs Enforcement (ICE), and U.S. Customs and Border Protection (CBP) with closing requests in their backlogs. Eight Components reduced their backlogs in FY 2021.

DHS FOIA operations also made notable progress on long-term efforts to strengthen FOIA operations. Key among these advancements is maintainence of an agreement between USCIS and ICE that reduces the administrative burden of processing A-File records. This agreement enables the Department to respond to requests more efficiently. Additionally, the Privacy Office undertook several actions to substantially upgrade the FOIA information technology infrastructure used by most components.[1] Modernized FOIA processing solutions will improve efficiency and assist with the identification of potentially sensitive information that should be withheld. The Privacy Office is working with Components to customize the technology and expects to deploy the tool in Spring 2022.

The DHS Privacy Office, led by the Chief Privacy and Chief FOIA Officer, has distinct responsibilities for oversight of DHS FOIA programs and improvements to enhance compliance with the law. The Privacy Office is committed to creating a mature and sustainable FOIA program that better serves the public and the Department, and to working with Components to implement the backlog reduction strategy to improve operations.

[1] The Privacy Office maintains the FOIA processing solution used by all components except CBP, USSS, and USCIS.

# TABLE OF CONTENTS


**I. Basic Information Regarding Report ..... 5**
**II. Making a FOIA Request ..... 5**
**III. Acronyms, Definitions, and Exemptions ..... 5**
**IV. Exemption 3 Statutes ..... 10**
**V. FOIA Requests**
A. Received, Processed, and Pending FOIA Requests ..... 15
B. (1) Disposition of FOIA Requests - All Processed Requests ..... 16
(2) Dispostion of FOIA Requests - "Other" Reasons for "Full Denials Based on Reasons Other than Exemptions" from Section V, B(1) Chart ..... 16
(3) Disposition of FOIA Requests - Number of Times Exemptions Applied ..... 18
**VI. Administrative Appeals of Initial Determinations of FOIA Requests ..... 18**
A. Received, Processed, and Pending Administrative Appeals ..... 18
B. Disposition of Administrative Appeals - All Processed Appeals ..... 19
C. (1) Reasons for Denial on Appeal - Number of Times Exemptions Applied ..... 19
(2) Reasons for Denial on Appeal - Reasons Other than Exemptions ..... 20
(3) Reasons for Denial on Appeal - "Other" Reasons from Section VI, C(2) Chart ..... 20
(4) Response Times for Administrative Appeals ..... 21
(5) Ten Oldest Pending Administrative Appeals ..... 21
**VII. FOIA Requests: Response Times for Processed and Pending Requests ..... 22**
A. Processed Requests - Response Time for All Processed Perfected Requests ..... 22
B. Processed Requests - Response Time for Perfected Requests in Which Information was Granted ..... 22
C. Processed Requests - Response Time in Day Increments ..... 23
(1) Simple Requests Response Time in Day Increments ..... 24
(2) Complex Requests Response Time in Day Increments ..... 24
(3) Requests Granted Expedited Processing Response Time in Day Increments ..... 24
D. Pending Requests - All Pending Perfected Requests ..... 25
E. Pending Requests - Ten Oldest Pending Perfected Requests ..... 25
**VIII. Requests for Expedited Processing and Requests for Fee Waivers ..... 26**
A. Requests for Expedited Processing ..... 26
B. Requests for Fee Waiver ..... 27
**IX. FOIA Personnel and Costs ..... 27**
**X. Fees Collected for Processing Requests ..... 28**
**XI. FOIA Regulations (Including Fee Schedule) ..... 28**
A. Number of Time Subsection (c) Used ..... 29
B. Number of (a)(2) Records Posted ..... 29
**XII. Backlogs, Consultations, and Comparisons ..... 30**
A. Backlogs of FOIA Requests and Administrative Appeals ..... 30
B. Consultations on FOIA Requests - Received, Processed, and Pending Consultations ..... 30
C. Consultations on FOIA Requests - Ten Oldest Consultations Received from Other Agencies and Pending ..... 31
D. (1) Comparison of Numbers of Requests from Previous and Current Annual Report - Requests Received, Processed, and Backlogged ..... 32
(2) Comparison of Backlogged Requests from Previous and Current Annual Report ..... 32

(3) Comparison of Numbers of Administrative Appeals from Previous and Current Annual Report - Appeals Received, Processed, and Backlogged ....... 33
(4) Comparison of Backlogged Administrative Appeals from Previous and Current Annual Report....... 33
**APPENDICES. ....... 34**

APPENDIX A: Composition of the Department of Homeland Security....... 34

APPENDIX B: Organization of the Department of Homeland Security Chart..... 37

APPENDIX C: Names, Addresses, and Contact Information For DHS FOIA Officers ....... 38

## I. Basic Information Regarding Report

1. Questions regarding this report may be directed to:

Lynn Parker Dupree
Chief Privacy Officer and Chief FOIA Officer
Privacy Office
U.S. Department of Homeland Security
245 Murray Lane SW, Mail Stop 0655
Washington, DC 20528-0655
Phone: 202-343-1743; Fax: 202-343-4011

2. This report can be downloaded from the DHS FOIA website at http://www.dhs.gov/foia-annual-reports.

3. Requests for this report in paper form may also be directed to the Privacy Office, as listed above.

## II. Making a FOIA Request[2]

1. Names, addresses, and contact numbers for DHS FOIA Officers can be found on our website at http://www.dhs.gov/foia-contact-information.

2. Brief description of why requests may not be granted:

In response to a FOIA request, DHS may respond that that the requested records are exempt, in whole or in part, as well as that the requested record does not exist or cannot be located. For example, the Department frequently receives requests for law enforcement records, which are of specific interest to subjects of investigation, victims of crime, and the public at large. Depending on who is requesting the information (i.e., a first or third-party requester) the Department may invoke exemptions 6 and 7(C) (to prevent an unwarranted invasion of personal privacy) and/or exemption 7(E) (to protect against the disclosure of law enforcement techniques, procedures, and guidelines).

## III. Acronyms, Definitions, and Exemptions

1. Agency-specific acronyms or other terms.
   a. CBP U.S. Customs and Border Protection
   b. CISA[3] Cybersecurity and Infrastructure Security Agency
   c. CISOMB Office of the Citizenship and Immigration Services Ombudsman
   d. CRCL Office for Civil Rights and Civil Liberties
   e. CWMD Countering Weapons of Mass Destruction Office[4]

[2] The Privacy Office (PRIV) processes and reports on FOIA requests for PRIV, the Office of the Secretary (including the Military Advisor's Office), and the following components: CISOMB, CISA, CRCL, CWMD, ESEC, FPS, MGMT, OBIM, OGC, OLA, OPA, OPE, OPS, PLCY, and S&T.
[3] On November 16, 2018, President Trump signed into law the Cybersecurity and Infrastructure Security Agency Act of 2018. This legislation elevated the mission of the former National Protection and Programs Directorate (NPPD) within DHS and established the Cybersecurity and Infrastructure Security Agency (CISA).
[4] In December 2018, President Trump signed the Countering Weapons of Mass Destruction Act of 2018, authorizing

f. DHS Department of Homeland Security
g. ESEC Office of the Executive Secretary
h. FEMA Federal Emergency Management Agency
i. FLETC Federal Law Enforcement Training Centers
j. FPS Federal Protective Service[5]
k. I&A Office of Intelligence and Analysis
l. ICE U.S. Immigration and Customs Enforcement
m. MGMT Management Directorate
n. MIL Military Advisors Office
o. NCSC National Cyber Security Center
p. OBIM Office of Biometric Identity Management
q. OCP Office of Community Partnerships
r. OGC Office of the General Counsel
s. OIG Office of Inspector General
t. OLA Office of Legislative Affairs
u. OPA Office of Public Affairs
v. OPE Office of Partnership and Engagement
w. OPS Office of Operations Coordination
x. PLCY Office of Strategy, Policy, and Plans
y. PRIV Privacy Office
z. S&T Science and Technology Directorate
aa. TSA Transportation Security Administration
bb. USCG United States Coast Guard
cc. USCIS U.S. Citizenship and Immigration Services
dd. USSS United States Secret Service

2. Definition of terms, as used in this report.

a. **Administrative Appeal** – A request to a federal agency asking that it review at a higher administrative level a FOIA determination made by the agency at the initial request level. Under section 704 of the Administrative Procedures Act, the Department's response to an administrative appeal is considered final agency action that is then appealable to a federal district court.

b. **Backlog** – The number of requests or administrative appeals that are pending at an agency at the end of the fiscal year that are beyond the statutory time period for a response.

---

the CWMD Office. The Act transferred the functions, personnel, budget authority, and assets of the Domestic Nuclear Detection Office (DNDO) and the Office of Health Affairs (OHA), with the exception of workforce health and medical support functions that were transferred from OHA to the DHS Management Directorate, to the CWMD Office, and abolished DNDO and OHA.

[5] FPS is an operational component within the DHS Management Directorate that provides law enforcement and security services to approximately 9,000 federal facilities nationwide.

c. **Component** – For agencies that process requests on a decentralized basis, a "component" is an entity, also sometimes referred to as an Office, Division, Bureau, Center, or Directorate, within the agency that processes FOIA requests. The FOIA now requires that agencies include in the Annual FOIA Report data for both the agency overall and for each principal component of the agency.

d. **Consultation** – The procedure whereby the agency responding to a FOIA request first forwards a record to another agency for its review because that other agency has an interest in the document. Once the agency in receipt of the consultation finishes its review of the record, it provides its views on the record to the agency that forwarded it. That agency, in turn, will then respond to the FOIA requester.

e. **Exemption 3 Statute** – A federal statute other than FOIA that exempts information from disclosure and which the agency relies on to withhold information under subsection (b)(3) of the FOIA.[6]

f. **FOIA Request** – A FOIA request is generally a request to a federal agency for access to records concerning another person (in other words, a "third-party" request), an organization, or a particular topic of interest. Moreover, because requesters covered by the Privacy Act who seek records concerning themselves (in other words, "first-party" requesters) are afforded the benefit of the access provisions of both FOIA and the Privacy Act, the term "FOIA request" also includes any such "first-party" requests when an agency determines that it must search beyond its Privacy Act "systems of records" or when the agency applies a Privacy Act exemption and therefore looks to FOIA to afford the greatest possible access. DHS applies this same interpretation of the term "FOIA request" even to "first-party" requests from persons not covered by the Privacy Act, e.g., non-U.S. citizens. Because DHS policy provides non-U.S. citizens the ability to access their own records as if they are subject to the Privacy Act's access provisions, DHS processes the requests under FOIA as well. Thus, all requests that require DHS to utilize FOIA in responding to the requester are included in this Report.

Additionally, a FOIA request includes records referred to DHS for processing and direct response to the requester. It does not, however, include records for which the agency has received a consultation from another agency. (Consultations are reported separately in Section XII of this Report.)

g. **Full Grant** – An agency decision to disclose all records in full in response to a FOIA request.

h. **Full Denial** – An agency decision not to release any records in response to a FOIA request because the records are exempt in their entireties under one or more of the FOIA exemptions, or because of a procedural reason, such as when no records could be located.

[6] Pursuant to 5 U.S.C. § 552(b)(3) as amended by sec. 564 of Public Law 111-83, a statute enacted after October 28, 2009 can qualify as an Exemption 3 law only if it cites specifically to 5 U.S.C. § 552(b)(3).

i. **Multi-Track Processing** – A system in which simple requests requiring relatively minimal review are placed in one processing track and more voluminous and complex requests are placed in one or more other tracks. Requests granted expedited processing are placed in yet another track. Requests in each track are processed on a first in/first out basis.

   i. **Expedited Processing** – An agency will process a FOIA request on an expedited basis when a requester satisfies the requirements for expedited processing as set forth in the statute and in agency regulations.

   ii. **Simple Request** – A FOIA request that an agency using multi-track processing places in its fastest (non-expedited) track based on the volume and/or simplicity of records requested.

   iii. **Complex Request** – A FOIA request that an agency using multi-track processing places in a slower track based on the high volume and/or complexity of the records requested.

j. **Partial Grant/Partial Denial** – An agency decision to disclose portions of the records and to withhold other portions that are exempt under the FOIA, or to otherwise deny a portion of the request for a procedural reason.

k. **Pending Request or Pending Administrative Appeal** – A pending request is one where the agency has not yet provided a response to the requester. A pending administrative appeal is where one where the agency has not taken final action in all respects.

l. **Perfected Request** – A request for records that reasonably describes such records and is made in accordance with published rules stating the time, place, fees (if any) and procedures to be followed.

m. **Processed Request or Processed Administrative Appeal** – A processed request is one where the agency has provided a complete response to the requester's initial request. A processed administrative appeal is one where the agency has advised the requester of its final decision on the requester's appeal as to the handling of the initial request.

n. **Range in Number of Days** – The lowest and highest number of days required to process requests or administrative appeals.

o. **Time Limits** – The time period in the statute for an agency to respond to a FOIA request (ordinarily 20 working days from receipt of a perfected FOIA request).[7]

---

[7] Absent "unusual circumstances," the FOIA provides that agencies should make a determination with respect to an appeal within twenty working-days of its receipt by the agency. 5 U.S.C. § 552(a)(6)(A)(ii).

3. Concise descriptions of FOIA exemptions:

a. **Exemption 1**: classified national defense and foreign relations information.

b. **Exemption 2**: internal agency rules and practices (personnel).

c. **Exemption 3**: information that is prohibited from disclosure by another federal law.

d. **Exemption 4**: trade secrets and other confidential or financial information obtained from a person.

e. **Exemption 5**: inter-agency or intra-agency communications that are protected by legal privileges, such as the deliberative process privilege, attorney work product privilege, and attorney client privilege.

f. **Exemption 6**: information that, if released, would be a clearly unwarranted invasion of personal privacy.

g. **Exemption 7**: law enforcement records where the disclosure would (A) interfere with enforcement proceedings, B) deprive a person of a fair trial or impartial adjudication, C) constitute an unwarranted invasion of personal privacy, D) identify a confidential source, E) disclose law enforcement techniques and procedures or guidelines for law enforcement investigations or prosecutions, or F) endanger the life or physical safety of any individual.

h. **Exemption 8**: information relating to the supervision of financial institutions.

i. **Exemption 9**: geological/geophysical information concerning wells

## V. FOIA Requests

### A. Received, Processed, and Pending FOIA Requests[9]

| Processing Center | Number of Requests Pending as of Start of Fiscal Year | Number of Requests Received in Fiscal Year | Number of Requests Processed in Fiscal Year | Number of Requests Pending as of End of Fiscal Year |
|---|---|---|---|---|
| CBP | 8,085 | 108,177 | 90,576 | 25,686 |
| CISA | 131 | 153 | 177 | 107 |
| CRCL[10] | 17 | 80 | 76 | 21 |
| FEMA | 547 | 975 | 916 | 606 |
| FLETC | 2 | 162 | 155 | 9 |
| FPS | 22 | 210 | 211 | 21 |
| I&A | 33 | 257 | 226 | 64 |
| ICE | 12,361 | 39,716 | 47,865 | 4,212 |
| OIG | 211 | 253 | 142 | 322 |
| PRIV[11] | 22,186 | 53,432 | 71,586 | 4,032 |
| TSA | 741 | 794 | 1,008 | 527 |
| USCG | 1,833 | 2,341 | 2,012 | 2,162 |
| USCIS | 37,025 | 235,210 | 251,289 | 20,946 |
| USSS | 400 | 890 | 1,108 | 182 |
| **AGENCY OVERALL** | 83,594 | 442,650 | 467,347 | 58,897 |

### B. (1) Disposition of FOIA Requests – All Processed Requests

| Processing Center | No. of Full Grants | No. of Partial Grants/ Partial Denials | No. of Full Denials Based on Exemptions | Number of Full Denials Based on Reasons Other than Exemptions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No Records | All Records Referred | Request Withdrawn | Fee-Related Reason | Not Reasonably Described | Improper FOIA Request | Not Agency Record | Duplicate Request | Other | **Total** |
| CBP | 14,535 | 21,358 | 1,962 | 36,647 | 1,721 | 531 | 38 | 639 | 11,357 | 857 | 931 | 0 | **90,576** |
| CISA | 3 | 50 | 11 | 57 | 2 | 11 | 1 | 23 | 3 | 1 | 7 | 8 | **177** |
| CRCL | 0 | 18 | 2 | 22 | 0 | 0 | 0 | 4 | 10 | 12 | 5 | 3 | **76** |
| FEMA | 155 | 260 | 38 | 93 | 82 | 179 | 5 | 39 | 14 | 18 | 32 | 1 | **916** |
| ,FLETC | 5 | 23 | 1 | 12 | 22 | 5 | 0 | 63 | 20 | 0 | 4 | 0 | **155** |
| FPS | 9 | 109 | 3 | 31 | 8 | 2 | 0 | 14 | 22 | 0 | 5 | 8 | **211** |
| I&A | 4 | 38 | 84 | 22 | 17 | 6 | 0 | 13 | 0 | 19 | 20 | 3 | **226** |
| ICE | 1,432 | 39,722 | 941 | 3,757 | 328 | 54 | 0 | 42 | 246 | 201 | 352 | 790 | **47,865** |
| OIG | 4 | 60 | 9 | 19 | 16 | 9 | 0 | 5 | 4 | 7 | 5 | 4 | **142** |
| PRIV | 681 | 35,652 | 28 | 33,485 | 518 | 38 | 0 | 139 | 488 | 29 | 452 | 76 | **71,586** |
| TSA | 113 | 269 | 63 | 141 | 46 | 131 | 0 | 61 | 70 | 25 | 28 | 61 | **1,008** |
| USCG | 956 | 232 | 34 | 295 | 22 | 311 | 2 | 2 | 3 | 10 | 63 | 82 | **2,012** |
| USCIS | 22,559 | 151,163 | 9351 | 47,647 | 961 | 320 | 0 | 0 | 7,403 | 927 | 10,958 | 0 | **251,289** |
| USSS | 35 | 561 | 26 | 162 | 2 | 7 | 0 | 17 | 199 | 18 | 8 | 73 | **1,108** |

[9] After reviewing their databases, the following components adjusted the number of requests pending as of the start of the Fiscal Year: CBP, CISA, FEMA, FLETC, FPS I&A, ICE, OIG, PRIV, TSA, USCG, USCIS, and USSS.
[10] CRCL requests were previously included in PRIV.
[11] PRIV includes requests sent through the physical mail that were not logged in during the previous year due to safety restrictions.

### B. Requests for Fee Waiver

| Processing Center | Number Granted | Number Denied | Median Number of Days to Adjudicate | Average Number of Days to Adjudicate |
|---|---|---|---|---|
| CBP | 26 | 605 | <1 | <1 |
| CISA | 42 | 0 | 5 | 5 |
| CRCL | 6 | 0 | 4 | 105 |
| FEMA | 132 | 0 | 2 | 22 |
| FLETC | 0 | 0 | N/A | N/A |
| FPS | 32 | 0 | 1 | 4 |
| I&A | 67 | 0 | 1 | 4 |
| ICE | 55 | 0 | 2 | 12 |
| OIG | 5 | 0 | 223 | 301 |
| PRIV | 263 | 0 | 1 | 3 |
| TSA | 37 | 0 | 1 | 77 |
| USCG | 5 | 0 | 60 | 67 |
| USCIS | 24 | 139 | 63 | 91 |
| USSS | 0 | 0 | 0 | 0 |
| **AGENCY OVERALL** | **694** | **744** | **1** | **27** |

## IX. FOIA Personnel and Costs

| Processing Center | Personnel | | | Costs | | |
|---|---|---|---|---|---|---|
| | Number of "Full Time FOIA Employees" | Number of "Equivalent Full-Time FOIA Employees" | Total Number of "Full-Time FOIA Staff" (Col. 1 + Col. 2) | Processing Costs | Litigation - Related Costs | Total Costs |
| CBP | 71 | 1.34 | 72.34 | $5,163,998.10 | $0.00 | $5,163,998.10 |
| CISA | 1 | 0 | 1 | $1,065,260.00 | $0.00 | $1,065,260.00 |
| CRCL | 2 | 0 | 1.52 | $113,401.00 | $111,940.00 | $225,341.00 |
| FEMA | 16 | 12.23 | 28.23 | $1,144,382.00 | $3,300.00 | $1,147,682.00 |
| FLETC | 2 | 2.3 | 4.3 | $400,250.25 | $0.00 | $400,250.25 |
| FPS | 1 | 1 | 2 | $31,417.00 | $0.00 | $31,417.00 |
| I&A | 2 | 0 | 2 | $370,655.50 | $27,000.00 | $397,655.50 |
| ICE | 48 | 9.7 | 57.7 | $9,598,191.18 | $217,460.60 | $9,815,651.78 |
| OIG | 5 | 1 | 5.4 | $777,736.98 | $7,500 | $785,236.98 |
| PRIV | 27 | 12.5 | 39.45 | $7,993,757.41 | $5,000.00 | $7,998,757.41 |
| TSA | 10 | 2 | 12 | $1,852,525.00 | $135,286.00 | $1,987,811.00 |
| USCG | 9 | 14.064 | 23.064 | $304,775.00 | $3,000.00 | $307,775.00 |
| USCIS | 253 | 103 | 356 | $39,929,161.96 | $1,493,489.00 | $41,422,650.96 |
| USSS | 15 | 2.1 | 17.1 | $2,150,578.40 | $1,500.00 | $2,152,078.40 |
| **AGENCY OVERALL** | **462** | **161.234** | **623.234** | **$70,896,089.78** | **$2,005,475.60** | **$72,901,565.38** |