# CIR Exhibit 3



# Department of Homeland Security

## Fiscal Year 2022 Freedom of Information Act Report

Submitted to the Attorney General of the United States and the Director of the Office of Government Information Services

*February 2023*

Homeland Security

# Executive Summary

The Department of Homeland Security Privacy Office (PRIV)[1] is pleased to issue its Fiscal Year (FY) 2022 Freedom of Information Act (FOIA) report. In the last year, the Department set new records and reached significant milestones in making its FOIA program more efficient, and in enhancing transparency and accountability across the Department. The Privacy Office remains committed to continuing these efforts during FY 2023.

In FY 2022, the U.S. Department of Homeland Security (DHS) set new records for the number of FOIA requests received and processed. Overall, DHS received more than 542,000 FOIA requests and processed more than 500,000 requests. DHS increased the number of requests processed in FY 2022 by almost 40,000 compared to FY 2021 –a testament to the hard work of the dedicated DHS FOIA staff.

DHS ended FY 2022 with a backlog of 52,137 requests. Notably, the DHS backlog corresponds to less than 10 percent of the total number of requests received in FY 2022. The backlog increase is concentrated primarily at U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), the Privacy Office, and U.S. Citizenship and Immigration Services (USCIS). These FOIA processing centers regularly receive a large volume of requests.

In response to the surge in requests received in FY 2022, the DHS FOIA staff engaged in tremendous collaboration and coordination to provide strong customer service to the requester community. For example, ICE and USCIS continued an agreement that streamlined the experience for individuals seeking personal immigration-related files, and the United States Secret Service (USSS) assisted with reviewing and closing backlogged cases for USCIS. Additionally, the Privacy Office provided direct assistance to CBP and USCIS to close backlog cases and assisted with moving cases more efficiently through the FOIA process.

The Privacy Office also made strides to modernize the Department's FOIA information technology infrastructure and other strategic investments to eliminate the DHS backlog. The Privacy Office coordinated with the Office of the Chief Information Officer (OCIO) to launch a new FOIA processing system that better serves the Department's complex FOIA processing needs. This system, which will be used by 12 DHS FOIA processing centers,[2] includes state-of-the-art tools to improve efficiency, collaboration, and oversight. Beyond this important overhaul, the Privacy Office also: collaborated with the OCIO to streamline its monthly oversight reporting system provided expanded training opportunities and issued targeted guidance; structured its contracts to reduce FOIA administrative overhead for DHS FOIA processing centers; and centralized FOIA processing responsibilities through structured agreements.

The Acting Chief Privacy and Chief FOIA Officer is committed to continuing to mature the Department's FOIA program and expanding the Department's capacity to deliver transparency and accountability to the people we serve. The Privacy Office will continue to oversee and assist DHS FOIA processing centers and agencies to enhance operations and increase compliance with the FOIA.

---

[1] The Privacy Office enables the Department to accomplish its mission while embedding and enforcing privacy protections and transparency in all DHS activities. The Chief Privacy Officer is also the Chief FOIA Officer and oversees FOIA policy, program oversight, training, and the efficacy of the DHS FOIA program.

[2] The Privacy Office maintains the FOIA processing system used by all components except USSS and USCIS. In FY 2023, CBP and the Federal Law Enforcement Training Centers will begin to use the new FOIA processing system.

# TABLE OF CONTENTS

**I. Basic Information Regarding Report ... 5**
**II. Making a FOIA Request ... 5**
**III. Acronyms, Definitions, and Exemptions ... 5**
**IV. Exemption 3 Statutes ... 10**
**V. FOIA Requests**
A. Received, Processed, and Pending FOIA Requests ... 15
B. (1) Disposition of FOIA Requests - All Processed Requests ... 16
(2) Dispostion of FOIA Requests - "Other" Reasons for "Full Denials Based on Reasons Other than Exemptions" from Section V, B(1) Chart ... 16
(3) Disposition of FOIA Requests - Number of Times Exemptions Applied ... 18
**VI. Administrative Appeals of Initial Determinations of FOIA Requests ... 18**
A. Received, Processed, and Pending Administrative Appeals ... 18
B. Disposition of Administrative Appeals - All Processed Appeals ... 19
C. (1) Reasons for Denial on Appeal - Number of Times Exemptions Applied ... 19
(2) Reasons for Denial on Appeal - Reasons Other than Exemptions ... 20
(3) Reasons for Denial on Appeal - "Other" Reasons from Section VI, C(2) Chart ... 21
(4) Response Times for Administrative Appeals ... 22
(5) Ten Oldest Pending Administrative Appeals ... 23
**VII. FOIA Requests: Response Times for Processed and Pending Requests ... 24**
A. Processed Requests - Response Time for All Processed Perfected Requests ... 24
B. Processed Requests - Response Time for Perfected Requests in Which Information was Granted ... 24
C. Processed Requests - Response Time in Day Increments ... 25
(1) Simple Requests Response Time in Day Increments ... 25
(2) Complex Requests Response Time in Day Increments ... 25
(3) Requests Granted Expedited Processing Response Time in Day Increments ... 26
D. Pending Requests - All Pending Perfected Requests ... 27
E. Pending Requests - Ten Oldest Pending Perfected Requests ... 28
**VIII. Requests for Expedited Processing and Requests for Fee Waivers ... 29**
A. Requests for Expedited Processing ... 29
B. Requests for Fee Waiver ... 29
**IX. FOIA Personnel and Costs ... 30**
**X. Fees Collected for Processing Requests ... 30**
**XI. FOIA Regulations (Including Fee Schedule) ... 31**
A. Number of Times Subsection (c) Used ... 32
B. Number of (a)(2) Records Posted ... 32
**XII. Backlogs, Consultations, and Comparisons ... 33**
A. Backlogs of FOIA Requests and Administrative Appeals ... 33
B. Consultations on FOIA Requests - Received, Processed, and Pending Consultations ... 33
C. Consultations on FOIA Requests - Ten Oldest Consultations Received from Other Agencies and Pending ... 34
D. (1) Comparison of Numbers of Requests from Previous and Current

Annual Report - Requests Received, Processed, and Backlogged ............36
(2) Comparison of Backlogged Requests from Previous and Current Annual Report ............36
(3) Comparison of Numbers of Administrative Appeals from Previous and Current Annual Report - Appeals Received, Processed, and Backlogged ............36
(4) Comparison of Backlogged Administrative Appeals from Previous and Current Annual Report ............36
**APPENDICES. ............37**
APPENDIX A: Composition of the Department of Homeland Security ............37
APPENDIX B: Department of Homeland Security Organizational Chart ............41
APPENDIX C: Names, Addresses, and Contact Information For DHS FOIA Officers ............42

## I. Basic Information Regarding Report

1. Questions regarding this report may be directed to:

Mason Clutter
Acting Chief Privacy Officer and Chief FOIA Officer
Privacy Office
U.S. Department of Homeland Security
2707 Martin Luther King, Jr., Avenue, SE, Mail Stop 0655
Washington, DC 20528-0655
Phone: 202-343-1743; Fax: 202-343-4011

2. This report can be downloaded from the DHS FOIA website at http://www.dhs.gov/foia-annual-reports.

3. Requests for this report in paper form may also be directed to the Privacy Office, as listed above.

## II. Making a FOIA Request[3]

1. Names, addresses, and contact numbers for DHS FOIA Officers can be found on our website at http://www.dhs.gov/foia-contact-information.

2. Brief description of why requests may not be granted:

In response to a FOIA request, DHS may determine that the responsive records are exempt from disclosure, in whole or in part, or that the requested record does not exist or cannot be located. For example, the Department frequently receives requests for law enforcement records, which are of specific interest to potential subjects of investigation, victims of crime, and the public. Depending on who is requesting the information (i.e., a first or third-party requester) the Department may invoke FOIA exemptions 6 and 7(C) (to prevent an unwarranted invasion of personal privacy) and/or exemption 7(E) (to protect against the disclosure of law enforcement techniques, procedures, and guidelines).

## III. Acronyms, Definitions, and Exemptions

1. Agency-specific acronyms or other terms:

a. CBP U.S. Customs and Border Protection
b. CISA Cybersecurity and Infrastructure Security Agency
c. CISOMB Office of the Citizenship and Immigration Services Ombudsman
d. CRCL Office for Civil Rights and Civil Liberties
e. CWMD Countering Weapons of Mass Destruction Office

[3] The Privacy Office (PRIV) processes and reports on FOIA requests for PRIV, the Office of the Secretary (including the Military Advisor's Office), and the following components: CISOMB, CISA, CWMD, ESEC, FPS, MGMT, OBIM, OGC, OLA, OPA, OPE, OPS, PLCY, and S&T.

f. DHS U.S. Department of Homeland Security
g. ESEC Office of the Executive Secretary
h. FEMA Federal Emergency Management Agency
i. FLETC Federal Law Enforcement Training Centers
j. FPS Federal Protective Service[4]
k. I&A Office of Intelligence and Analysis
l. ICE U.S. Immigration and Customs Enforcement
m. MGMT Management Directorate
n. MIL Military Advisors Office
o. NCSC National Cyber Security Center
p. OBIM Office of Biometric Identity Management
q. OCP Office of Community Partnerships
r. OGC Office of the General Counsel
s. OIDO Office of the Immigration Detention Ombudsman
t. OIG Office of Inspector General
u. OLA Office of Legislative Affairs
v. OPA Office of Public Affairs
w. OPE Office of Partnership and Engagement
x. OSA Office of Homeland Security Situational Awareness
y. PLCY Office of Strategy, Policy, and Plans
z. PRIV Privacy Office
aa. S&T Science and Technology Directorate
bb. TSA Transportation Security Administration
cc. USCG United States Coast Guard
dd. USCIS U.S. Citizenship and Immigration Services
ee. USSS United States Secret Service

2. Definition of terms, as used in this report:

a. **Administrative Appeal** – A request to a federal agency asking that it review at a higher administrative level a FOIA determination made by the agency at the initial request level. Under section 704 of the Administrative Procedures Act, the Department's response to an administrative appeal is considered final agency action that is then appealable to a federal district court.

b. **Backlog** – The number of requests or administrative appeals that are pending at an agency at the end of the fiscal year that are beyond the statutory time period for a response.

[4] FPS is an operational component within the DHS Management Directorate that provides law enforcement and security services to approximately 9,000 federal facilities nationwide.

c. **Consultation** – The procedure whereby the agency responding to a FOIA request first forwards a record to another agency for its review because that other agency has an interest in the document. Once the agency in receipt of the consultation finishes its review of the record, it provides its views on the record to the agency that forwarded it. That agency, in turn, will then respond to the FOIA requester.

d. **Exemption 3 Statute** – A federal statute other than FOIA that exempts information from disclosure and which the agency relies on to withhold information under subsection (b)(3) of the FOIA.[5]

e. **FOIA Processing Center** - For agencies that process requests on a decentralized basis, a "processing center" is an entity, also sometimes referred to as an Office, Division, Bureau, Center, or Directorate, within the agency that processes FOIA requests. The FOIA now requires that agencies include in the Annual FOIA Report data for both the agency overall and for each principal processing center of the agency.

f. **FOIA Request** – A FOIA request is generally a request to a federal agency for access to records concerning another person (in other words, a "third-party" request), an organization, or a particular topic of interest. Moreover, because requesters covered by the Privacy Act who seek records concerning themselves (in other words, "first-party" requesters) are afforded the benefit of the access provisions of both FOIA and the Privacy Act, the term "FOIA request" also includes any such "first-party" requests when an agency determines that it must search beyond its Privacy Act "systems of records" or when the agency applies a Privacy Act exemption and therefore looks to FOIA to afford the greatest possible access. DHS applies this same interpretation of the term "FOIA request" even to "first-party" requests from persons not covered by the Privacy Act, e.g., non-U.S. citizens. Because DHS policy provides non-U.S. citizens the ability to access their own records as if they are subject to the Privacy Act's access provisions, DHS processes the requests under FOIA as well. Thus, all requests that require DHS to utilize FOIA in responding to the requester are included in this Report.

Additionally, a FOIA request includes records referred to DHS for processing and direct response to the requester. It does not, however, include records for which the agency has received a consultation from another agency. (Consultations are reported separately in Section XII of this Report.)

g. **Full Grant** – An agency decision to disclose all records in full in response to a FOIA request.

h. **Full Denial** – An agency decision not to release any records in response to a FOIA request because the records are exempt in their entireties under one or more

[5] Pursuant to 5 U.S.C. § 552(b)(3) as amended by sec. 564 of Public Law 111-83, a statute enacted after October 28, 2009 can qualify as an Exemption 3 law only if it cites specifically to 5 U.S.C. § 552(b)(3).

of the FOIA exemptions, or because of a procedural reason, such as when no records could be located.

i. **Multi-Track Processing** – A system in which simple requests requiring relatively minimal review are placed in one processing track and more voluminous and complex requests are placed in one or more other tracks. Requests granted expedited processing are placed in yet another track. Requests in each track are processed on a first-in/first-out basis.

   i. **Expedited Processing** – An agency will process a FOIA request on an expedited basis when a requester satisfies the requirements for expedited processing as set forth in the statute and in agency regulations.

   ii. **Simple Request** – A FOIA request that an agency using multi-track processing places in its fastest (non-expedited) track based on the volume and/or simplicity of records requested.

   iii. **Complex Request** – A FOIA request that an agency using multi-track processing places in a slower track based on the high volume and/or complexity of the records requested.

j. **Partial Grant/Partial Denial** – An agency decision to disclose portions of the records and to withhold other portions that are exempt under the FOIA, or to otherwise deny a portion of the request for a procedural reason.

k. **Pending Request or Pending Administrative Appeal** – A pending request is one where the agency has not yet provided a response to the requester. A pending administrative appeal is where one where the agency has not taken final action in all respects.

l. **Perfected Request** – A request for records that reasonably describes such records and is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed.

m. **Processed Request or Processed Administrative Appeal** – A processed request is one where the agency has provided a complete response to the requester's initial request. A processed administrative appeal is one where the agency has advised the requester of its final decision on the requester's appeal as to the handling of the initial request.

n. **Range in Number of Days** – The lowest and highest number of days required to process requests or administrative appeals.

o. **Time Limits** – The time period in the statute for an agency to respond to a FOIA request (ordinarily 20 working days from receipt of a perfected FOIA request).[6]

[6] Absent "unusual circumstances," the FOIA provides that agencies should make a determination with respect to an appeal within twenty working-days of its receipt by the agency. 5 U.S.C. § 552(a)(6)(A)(ii).

3. Concise descriptions of FOIA exemptions:

a. **Exemption 1**: classified national defense and foreign relations information.

b. **Exemption 2**: internal agency rules and practices (personnel).

c. **Exemption 3**: information that is prohibited from disclosure by another federal law.

d. **Exemption 4**: trade secrets and other confidential or financial information obtained from a person.

e. **Exemption 5**: inter-agency or intra-agency communications that are protected by legal privileges, such as the deliberative process privilege, attorney work product privilege, and attorney client privilege.

f. **Exemption 6**: information that, if released, would be a clearly unwarranted invasion of personal privacy.

g. **Exemption 7**: law enforcement records where the disclosure would A) interfere with enforcement proceedings, B) deprive a person of a fair trial or impartial adjudication, C) constitute an unwarranted invasion of personal privacy, D) identify a confidential source, E) disclose law enforcement techniques and procedures or guidelines for law enforcement investigations or prosecutions, or F) endanger the life or physical safety of any individual.

h. **Exemption 8**: information relating to the supervision of financial institutions.

i. **Exemption 9**: geological/geophysical information concerning wells.

## V. FY 2022 FOIA Requests

### A. Received, Processed, and Pending FOIA Requests[7]

| Processing Center | Number of Requests Pending as of Start of Fiscal Year | Number of Requests Received in Fiscal Year | Number of Requests Processed in Fiscal Year | Number of Requests Pending as of End of Fiscal Year |
|---|---|---|---|---|
| CBP | 25,933 | 132,117 | 111,571 | 46,479 |
| CISA | 100 | 208 | 167 | 141 |
| CRCL | 20 | 195 | 176 | 39 |
| FEMA | 578 | 953 | 962 | 569 |
| FLETC | 8 | 227 | 217 | 18 |
| FPS | 21 | 241 | 184 | 78 |
| I&A | 65 | 205 | 95 | 175 |
| ICE | 4,212 | 24,931 | 15,460 | 13,683 |
| OIG | 312 | 298 | 138 | 472 |
| PRIV | 6,273 | 74,698 | 73,385 | 7,586 |
| TSA | 505 | 966 | 928 | 543 |
| USCG | 2,162 | 2,679 | 2,379 | 2,462 |
| USCIS | 22,006 | 302,698 | 299,690 | 25,014 |
| USSS | 182 | 641 | 680 | 143 |
| **AGENCY OVERALL** | **62,377** | **541,057** | **506,032** | **97,402** |

### B. (1) Disposition of FOIA Requests – All Processed Requests

| Processing Center | No. of Full Grants | No. of Partial Grants/ Partial Denials | No. of Full Denials Based on Exemptions | Number of Full Denials Based on Reasons Other than Exemptions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No Records | All Records Referred | Request Withdrawn | Fee-Related Reason | Not Reasonably Described | Improper FOIA Request | Not Agency Record | Duplicate Request | Other | **Total** |
| CBP | 18,058 | 37,750 | 693 | 36,066 | 1,140 | 572 | 112 | 349 | 12,747 | 2,114 | 1,970 | 0 | **111,571** |
| CISA | 7 | 60 | 2 | 46 | 4 | 6 | 1 | 9 | 0 | 10 | 6 | 16 | **167** |
| CRCL | 4 | 31 | 7 | 45 | 3 | 1 | 0 | 15 | 18 | 0 | 49 | 3 | **176** |
| FEMA | 155 | 192 | 76 | 143 | 51 | 192 | 9 | 63 | 14 | 21 | 33 | 13 | **962** |
| FLETC | 8 | 42 | 0 | 20 | 8 | 4 | 0 | 13 | 77 | 33 | 6 | 6 | **217** |
| FPS | 8 | 99 | 0 | 42 | 9 | 1 | 0 | 11 | 4 | 4 | 2 | 4 | **184** |
| I&A | 0 | 9 | 40 | 7 | 10 | 0 | 0 | 6 | 1 | 18 | 3 | 1 | **95** |
| ICE | 290 | 5,120 | 99 | 4,693 | 1,681 | 213 | 0 | 86 | 960 | 1,239 | 607 | 472 | **15,460** |
| OIG | 3 | 50 | 1 | 18 | 6 | 22 | 0 | 3 | 14 | 13 | 3 | 5 | **138** |
| PRIV | 745 | 37,571 | 53 | 29,067 | 531 | 61 | 0 | 113 | 1,853 | 67 | 3,004 | 320 | **73,385** |
| TSA | 100 | 196 | 41 | 117 | 88 | 153 | 0 | 77 | 43 | 37 | 41 | 35 | **928** |
| USCG | 680 | 254 | 99 | 370 | 0 | 826 | 0 | 0 | 0 | 25 | 91 | 34 | **2,379** |
| USCIS | 24,404 | 168,826 | 12,070 | 62,298 | 939 | 679 | 0 | 0 | 17,127 | 1,166 | 12,181 | 0 | **299,690** |
| USSS | 28 | 345 | 9 | 123 | 3 | 2 | 0 | 4 | 101 | 4 | 4 | 57 | **680** |
| **AGENCY OVERALL** | **44,490** | **250,545** | **13,190** | **133,055** | **4,473** | **2,732** | **122** | **749** | **32,959** | **4,751** | **18,000** | **966** | **506,032** |

[7] After reviewing their databases, the following components adjusted the number of requests pending as of the start of the Fiscal Year: CBP, CISA, CRCL, FEMA, FLETC, I&A, OIG, PRIV, TSA, and USCIS.

## IX. FY 2022 FOIA Personnel and Costs

| Processing Center | Personnel | | | Costs | | |
|---|---|---|---|---|---|---|
| | Number of "Full Time FOIA Employees" | Number of "Equivalent Full-Time FOIA Employees" | Total Number of "Full-Time FOIA Staff" (Col. 1 + Col. 2) | Processing Costs ($) | Litigation - Related Costs ($) | Total Costs ($) |
| CBP | 61 | .5 | 61.5 | 4,379,066.07 | 88,294.25 | 4,467,360.32 |
| CISA | 1 | 0 | 1 | 1,065,260.00 | 0.00 | 1,065,260.00 |
| CRCL | 1 | 2 | 3 | 444,091.00 | 80,055.88 | 524,146.88 |
| FEMA | 10 | 22 | 32 | 3,109,909.86 | 13,500 | 3,123,409.86 |
| FLETC | 1.3 | 1 | 2.3 | 323,074.00 | 0.00 | 323,074.00 |
| FPS | 1 | 1 | 2 | 31,417.00 | 0.00 | 31,417.00 |
| I&A | 2.75 | 0 | 2.75 | 400,312.00 | 5,300.00 | 405,612.00 |
| ICE | 58 | 2.5 | 60.5 | 8,263,089.89 | 602,697.00 | 8,865,786.89 |
| OIG | 4 | 2 | 6 | 431,780.27 | 0.00 | 431,780.27 |
| PRIV | 64.8 | 0 | 64.8 | 11,076,421.57 | 40,705.49 | 11,117,127.06 |
| TSA | 9 | 0 | 9 | 1,442,946.70 | 136,814.55 | 1,579,761.25 |
| USCG | 2 | 11.84 | 13.84 | 3,222,920.84 | 0.00 | 3,222,920.84 |
| USCIS | 272 | 113 | 385 | 38,904,764.25 | 1,596,792.21 | 40,501,556.46 |
| USSS | 15 | 2.1 | 17.1 | 2,150,578.40 | 1,500.00 | 2,152,078.40 |
| **AGENCY OVERALL** | **438.05** | **157.94** | **660.79** | **75,214,214.85** | **2,565,659.38** | **77,779,874.23** |

## X. FY 2022 Fees Collected for Processing Requests

| Processing Center | Total Amount of Fees Collected | Percentage of Total Costs |
|---|---|---|
| CBP | 14,913.00 | 0.34% |
| CISA | 0.00 | N/A |
| CRCL | 0.00 | N/A |
| FEMA | 0.00 | N/A |
| FLETC | 0.00 | N/A |
| FPS | 0.00 | N/A |
| I&A | 0.00 | N/A |
| ICE | 0.00 | N/A |
| OIG | 0.00 | N/A |
| PRIV | 0.00 | N/A |
| TSA | 0.00 | N/A |
| USCG | 0.00 | N/A |
| USCIS | 0.00 | N/A |
| USSS | 0.00 | N/A |
| **AGENCY OVERALL** | **14,913.00** | **0.02%** |