# CIR Exhibit 5



# Department of Homeland Security

## Fiscal Year 2024 Freedom of Information Act Report to the Attorney General of the United States and the Director of the Office of Government Information Services

*MARCH 2025*

Homeland Security

# Executive Summary

In Fiscal Year (FY) 2024, the Department of Homeland Security (DHS) set a record for the number of Freedom of Information Act (FOIA) requests received and processed. DHS received more than 911,000 FOIA requests and processed more than 895,000 requests, which is a testament to the hard work and dedication of DHS FOIA staff advancing transparency and leveraging technology.

Collaboration and good customer service are core values of the FOIA program and enable DHS to increase the number of requests processed each year continually. For example, U.S. Immigration and Customs Enforcement (ICE) and U.S. Citizenship and Immigration Services (USCIS) continued to execute an agreement that streamlines the user experience for individuals seeking personal immigration-related files by eliminating the need to refer these requests. Additionally, the DHS Privacy Office continued to invest in resources to support the DHS FOIA program, for example, by creating new opportunities for FOIA professionals across the enterprise to receive substantive FOIA training. Also, by investing in an independent study of the DHS FOIA program to determine if alternate access to records is feasible to help further requesters obtain sought-after records.

The Privacy Office continues to invest, develop, and implement upgrades in FOIA technology. It expects to launch additional automation tools this coming year to improve efficiency and reduce administrative burden related to FOIA processing.

Notably, in FY2024, the DHS backlog was only 15 percent of the total requests received, despite a more than 30 percent increase. DHS ended FY2024 with a backlog of just over 142,000 requests. While several DHS FOIA processing centers experienced increased requests, the backlog is concentrated primarily at FOIA processing centers that regularly receive a high volume of requests.

The DHS Chief Privacy Officer and Chief FOIA Officer is dedicated to ensuring that the Department's FOIA program enhances transparency and accountability. The Privacy Office will continue to oversee and assist FOIA processing centers across DHS to strengthen operations and increase compliance with the FOIA.

# TABLE OF CONTENTS


**I. Basic Information Regarding Report** ... **5**
**II. Making a FOIA Request** ... **5**
**III. Acronyms, Definitions, and Exemptions** ... **5**
**IV. Exemption 3 Statutes** ... **10**
**V. FOIA Requests** ...
A. Received, Processed, and Pending FOIA Requests ... 16
B. (1) Disposition of FOIA Requests - All Processed Requests ... 17
(2) Dispostion of FOIA Requests - “Other” Reasons for “Full Denials Based on Reasons Other than Exemptions” from Section V, B(1) Chart ... 17
(3) Disposition of FOIA Requests - Number of Times Exemptions Applied ... 19
**VI. Administrative Appeals of Initial Determinations of FOIA Requests** ... **19**
A. Received, Processed, and Pending Administrative Appeals ... 19
B. Disposition of Administrative Appeals - All Processed Appeals ... 20
C. (1) Reasons for Denial on Appeal - Number of Times Exemptions Applied ... 20
(2) Reasons for Denial on Appeal - Reasons Other than Exemptions ... 21
(3) Reasons for Denial on Appeal - “Other” Reasons from Section VI, C(2) Chart ... 21
(4) Response Times for Administrative Appeals ... 22
(5) Ten Oldest Pending Administrative Appeals ... 23
**VII. FOIA Requests: Response Times for Processed and Pending Requests** ... **23**
A. Processed Requests - Response Time for All Processed Perfected Requests ... 23
B. Processed Requests - Response Time for Perfected Requests in Which Information was Granted ... 24
C. Processed Requests - Response Time in Day Increments ... 25
(1) Simple Requests Response Time in Day Increments ... 25
(2) Complex Requests Response Time in Day Increments ... 25
(3) Requests Granted Expedited Processing Response Time in Day Increments ... 25
D. Pending Requests - All Pending Perfected Requests ... 26
E. Pending Requests - Ten Oldest Pending Perfected Requests ... 27
**VIII. Requests for Expedited Processing and Requests for Fee Waivers** ... **28**
A. Requests for Expedited Processing ... 28
B. Requests for Fee Waiver ... 28
**IX. FOIA Personnel and Costs** ... **29**
**X. Fees Collected for Processing Requests** ... **29**
**XI. FOIA Regulations (Including Fee Schedule)** ... **30**
A. Number of Time Subsection (c) Used ... 30
B. Number of (a)(2) Records Posted ... 30
**XII. Backlogs, Consultations, and Comparison** ... **31**
A. Backlogs of FOIA Requests and Administrative Appeals ... 31
B. Consultations on FOIA Requests - Received, Processed, and Pending Consultations ... 31
C. Consultations on FOIA Requests - Ten Oldest Consultations Received from Other Agencies and Pending ... 32
D. (1) Comparison of Numbers of Requests from Previous and Current Annual Report - Requests Received, Processed, and Backlogged ... 33
(2) Comparison of Backlogged Requests from Previous and Current Annual Report ... 33

(3) Comparison of Numbers of Administrative Appeals from Previous and Current Annual Report - Appeals Received, Processed, and Backlogged ....... 34
(4) Comparison of Backlogged Administrative Appeals from Previous and Current Annual Report ....... 34
**APPENDICES. ....... 35**

APPENDIX A: Composition of the Department of Homeland Security ....... 35

APPENDIX B: Organization of the Department of Homeland Security Chart ..... 39

APPENDIX C: Names, Addresses, and Contact Information For DHS FOIA Officers ....... 40

## I. Basic Information Regarding Report

1. Questions regarding this report may be directed to:

Roman Jankowski
Chief Privacy Officer and Chief FOIA Officer
DHS Privacy Office
U.S. Department of Homeland Security
2707 Martin Luther King, Jr. Avenue SE, Mail Stop 0655
Washington, DC 20528-0655
Phone: 202-343-1743; Fax: 202-343-4011

2. This report can be downloaded from the DHS FOIA website at http://www.dhs.gov/foia-annual-reports.

3. Requests for this report in paper form may also be directed to the Privacy Office, as listed above.

## II. Making a FOIA Request[1]

1. Contact Information for DHS FOIA Offices can be found on the DHS website at http://www.dhs.gov/foia-contact-information.

2. Brief description of why requests may not be granted:

In response to a FOIA request, DHS may respond that the requested records are exempt, in whole or in part, or that the requested record does not exist or cannot be located. For example, the Department frequently receives requests for law enforcement records, which are of specific interest to subjects of investigation, victims of crime, and the public. Depending on who is requesting the information (i.e., a first or third-party requester) the Department may invoke FOIA exemptions 6 and 7(C) (to prevent an unwarranted invasion of personal privacy) and/or exemption 7(E) (to protect against the disclosure of law enforcement techniques, procedures, and guidelines).

## III. Acronyms, Definitions, and Exemptions

1. Agency-specific acronyms or other terms.
   a. CBP U.S. Customs and Border Protection
   b. CISA Cybersecurity and Infrastructure Security Agency
   c. CISOMB Office of the Citizenship and Immigration Services Ombudsman
   d. CRCL Office for Civil Rights and Civil Liberties

[1] The DHS Privacy Office processes and reports on FOIA requests for the Privacy Office, the Office of the Secretary (including the Military Advisor's Office), and the following Components: Office of the Citizenship and Immigration Services Ombudsman (CISOMB), Cybersecurity and Infrastructure Security Agency (CISA), Countering Weapons of Mass Destruction Office (CWMD), Office of the Executive Secretary (ESEC), Management Directorate (MGMT), Office of Biometric Identity Management (OBIM), Office of General Counsel (OGC), Office of Health Security (OHS), Office of Legislative Affairs (OLA), Office of Public Affairs (OPA), Office of Partnership Engagement (OPE), Office of Situational Awareness (OSA), and Office of Strategy, Policy, and Plans (PLCY).

e. CWMD Countering Weapons of Mass Destruction Office
f. DHS Department of Homeland Security
g. ESEC Office of the Executive Secretary
h. FEMA Federal Emergency Management Agency
i. FLETC Federal Law Enforcement Training Centers
j. FPS Federal Protective Service
k. I&A Office of Intelligence and Analysis
l. ICE U.S. Immigration and Customs Enforcement
m. MGMT Management Directorate
n. MIL Military Advisors Office
o. NCSC National Cyber Security Center
p. OBIM Office of Biometric Identity Management
q. OCP Office of Community Partnerships
r. OGC Office of the General Counsel
s. OHS Office of Health Security
t. OIDO Office of the Immigration Detention Ombudsman
u. OIG Office of Inspector General
v. OLA Office of Legislative Affairs
w. OPA Office of Public Affairs
x. OPE Office of Partnership and Engagement
y. OSA Office of Homeland Security Situational Awareness
z. PLCY Office of Strategy, Policy, and Plans
aa. PRIV DHS Privacy Office
bb. S&T Science & Technology Directorate
cc. TSA Transportation Security Administration
dd. USCG United States Coast Guard
ee. USCIS U.S. Citizenship and Immigration Services
ff. USSS United States Secret Service

2. Definition of terms, as used in this report.

a. **Administrative Appeal** – A request to a federal agency that asks it to review at a higher administrative level a FOIA determination made by the agency at the initial request level. Under section 704 of the Administrative Procedures Act, the Department's response to an administrative appeal is considered final agency action that is then appealable to a federal district court.

b. **Backlog** – The number of requests or administrative appeals pending at an agency at the end of the fiscal year that are beyond the statutory time for a response.

c. **Component** – For agencies that process requests on a decentralized basis, a "component" is an entity, also sometimes referred to as an Office, Division, Bureau, Center, or Directorate, within the agency that processes FOIA requests. The FOIA now requires that agencies include data for both the agency overall and for each principal component of the agency in the annual FOIA report.

d. **Consultation** – The procedure whereby the agency responding to a FOIA request first forwards a record to another agency for review because that other agency has an interest in the document. Once the agency in receipt of the consultation finishes its review of the record, it provides its views on the record to the agency that forwarded it. That agency, in turn, will then respond to the FOIA requester.

e. **Exemption 3 Statute** – A federal statute other than FOIA that exempts information from disclosure and which the agency relies on to withhold information under subsection (b)(3) of the FOIA.[2]

f. **FOIA Request** – A FOIA request is generally a request to a federal agency for access to records concerning another person (in other words, a "third-party" request), an organization, or a particular topic of interest. Moreover, because requesters covered by the Privacy Act who seek records concerning themselves (in other words, "first-party" requesters) are afforded the benefit of the access provisions of both FOIA and the Privacy Act, the term "FOIA request" also includes any such "first-party" requests when an agency determines that it must search beyond its Privacy Act "systems of records" or when the agency applies a Privacy Act exemption and therefore looks to FOIA to afford the greatest possible access. Thus, all requests that require DHS to use FOIA to respond to the requester are included in this report.

Additionally, a FOIA request includes records referred to DHS for processing and direct response to the requester. It does not, however, include records for which the agency has received a consultation from another agency. (Consultations are reported separately in Section XII of this Report.)

g. **Full Grant** – An agency decision to disclose all records in full in response to a FOIA request.

h. **Full Denial** – An agency decision not to release any records in response to a FOIA request because the records are exempt in their entirety under one or more of the FOIA exemptions or because of a procedural reason, such as when no records could be located.

i. **Multi-Track Processing** – A system in which simple requests requiring relatively minimal review are placed in one processing track and more voluminous and complex requests are placed in one or more other tracks. Requests granted expedited processing are placed in another track. Requests in each track are processed on a first in/first out basis.

---

2 Pursuant to 5 U.S.C. § 552(b)(3) as amended by sec. 564 of Public Law 111-83, a statute enacted after October 28, 2009 can qualify as an Exemption 3 law only if it cites specifically to 5 U.S.C. § 552(b)(3). The Department of Justice lists all available Exemption 3 statutes on an annual basis here: https://www.justice.gov/oip/foia-resources#s4.

i. **Expedited Processing** – An agency will process a FOIA request on an expedited basis when a requester satisfies the requirements for expedited processing as set forth in the statute and in agency regulations.

ii. **Simple Request** – A FOIA request that an agency using multi-track processing places in its fastest (non-expedited) track based on the volume and/or simplicity of records requested.

iii. **Complex Request** – A FOIA request that an agency using multi-track processing places in a slower track based on the high volume and/or complexity of the records requested.

j. **Partial Grant/Partial Denial** – An agency decision to disclose portions of the responsive records and to withhold other portions that are exempt under the FOIA, or to otherwise deny a portion of the request for a procedural reason.

k. **Pending Request or Pending Administrative Appeal** – A pending request is one where the agency has not yet provided a response to the requester. A pending administrative appeal is where one where the agency has not taken final action in all respects.

l. **Perfected Request** – A request for records that reasonably describes such records and is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed.

m. **Processed Request or Processed Administrative Appeal** – A processed request is one where the agency has provided a complete response to the requester's initial request. A processed administrative appeal is one where the agency has advised the requester of its final decision on the requester's appeal as to the handling of the initial request.

n. **Range in Number of Days** – The lowest and highest number of days required to process requests or administrative appeals.

o. **Time Limits** – The time in the statute for an agency to respond to a FOIA request (ordinarily 20 working days from receipt of a perfected FOIA request).[3]

---

[3] Absent "unusual circumstances," the FOIA provides that agencies should make a determination with respect to an appeal within twenty working-days of its receipt by the agency. 5 U.S.C. § 552(a)(6)(A)(ii).

3. Concise descriptions of FOIA exemptions:

a. **Exemption 1**: classified national defense and foreign relations information.

b. **Exemption 2**: internal agency rules and practices (personnel).

c. **Exemption 3**: information that is prohibited from disclosure by another federal law.

d. **Exemption 4**: trade secrets and other confidential or financial information obtained from a person.

e. **Exemption 5**: inter-agency or intra-agency communications that are protected by legal privileges, such as the deliberative process privilege, attorney work product privilege, and attorney client privilege.

f. **Exemption 6**: information that, if released, would be a clearly unwarranted invasion of personal privacy.

g. **Exemption 7**: law enforcement records where the disclosure would (A) interfere with enforcement proceedings, B) deprive a person of a fair trial or impartial adjudication, C) constitute an unwarranted invasion of personal privacy, D) identify a confidential source, E) disclose law enforcement techniques and procedures or guidelines for law enforcement investigations or prosecutions, or F) endanger the life or physical safety of any individual.

h. **Exemption 8**: information relating to the supervision of financial institutions.

i. **Exemption 9**: geological/geophysical information concerning wells.

## V. FOIA Requests

### A. Received, Processed, and Pending FOIA Requests

| Processing Center | Number of Requests Pending as of Start of Fiscal Year | Number of Requests Received in Fiscal Year | Number of Requests Processed in Fiscal Year | Number of Requests Pending as of End of Fiscal Year |
|---|---|---|---|---|
| CBP | 104,650 | 178,517 | 148,760 | 134,406 |
| CISA | 349 | 963 | 814 | 498 |
| CRCL | 116 | 433 | 388 | 161 |
| FEMA | 712 | 1,686 | 1,721 | 672 |
| FLETC | 29 | 255 | 267 | 17 |
| FPS | 82 | 545 | 556 | 71 |
| I&A | 359 | 468 | 347 | 479 |
| ICE | 32,216 | 59,300 | 69,270 | 22,246 |
| OIG | 419 | 170 | 54 | 535 |
| PRIV | 27,390 | 106,117 | 116,584 | 16,923 |
| S&T | 0 | 225 | 65 | 160 |
| TSA | 940 | 2,639 | 1,305 | 2,273 |
| USCG | 2,865 | 2,904 | 1,904 | 3,856 |
| USCIS | 33,264 | 555,838 | 551,640 | 37,462 |
| USSS | 142 | 1,475 | 1,264 | 353 |
| **AGENCY OVERALL** | **203,533** | **911,535** | **894,939** | **220,112** |

## IX. FOIA Personnel and Costs

| Processing Center | Personnel | | | Costs | | |
|---|---|---|---|---|---|---|
| | Number of "Full Time FOIA Employees" | Number of "Equivalent Full-Time FOIA Employees" | Total Number of "Full-Time FOIA Staff" (Col. 1 + Col. 2) | Processing Costs ($) | Litigation - Related Costs ($) | Total Costs ($) |
| CBP | 80 | 0 | 80 | $8,685,071.39 | $0.00 | $8,685,071.39 |
| CISA | 2 | 0 | 2 | $549,291.45 | $0.00 | $549,291.45 |
| CRCL | 10 | 0 | 10 | $992,683.00 | $0.00 | $992,683.00 |
| FEMA | 16 | 1 | 17 | $2,387,273.00 | $71,087.00 | $2,458,360.00 |
| FLETC | 3 | 0 | 3 | $175,721.10 | $0.00 | $175,721.10 |
| FPS | 3 | 2 | 5 | $456,302.00 | $0.00 | $456,302.00 |
| I&A | 4 | 0 | 4 | $638,803.86 | $2,522.32 | $641,326.18 |
| ICE | 47 | 10 | 57 | $11,506,579.85 | $421,802.53 | $11,928,382.38 |
| OIG | 7 | 0 | 7 | $1,841,427.05 | $1,943.26 | $1,843,370.31 |
| PRIV | 82 | 9 | 91 | $11,117,268.50 | $126,127.28 | $11,243,395.78 |
| S&T | 2 | 0 | 2 | $250,577.00 | $0.00 | $250,577.00 |
| TSA | 9 | 0 | 9 | $1,869,030.00 | $80,000.00 | $1,949,030.00 |
| USCG | 12 | 0 | 12 | $2,611,082.02 | $0.00 | $2,611,082.02 |
| USCIS | 491 | 0 | 491 | $46,099,695.36 | $1,734,190.42 | $47,833,885.78 |
| USSS | 19 | 0 | 19 | $2,948,025.00 | $509,648.34 | $2,948,025.00 |
| **AGENCY OVERALL** | **787** | **22** | **809** | **$92,128,830.58** | **$2,947,321.15** | **$94,566,503.39** |

## X. Fees Collected for Processing Requests

| Processing Center | Total Amount of Fees Collected | Percentage of Total Costs |
|---|---|---|
| CBP | $28,845.99 | 0.33 |
| CISA | $0.00 | 0 |
| CRCL | $0.00 | 0 |
| FEMA | $0.00 | 0 |
| FLETC | $0.00 | 0 |
| FPS | $0.00 | 0 |
| I&A | $0.00 | 0 |
| ICE | $0.00 | 0 |
| OIG | $0.00 | 0 |
| PRIV | $0.00 | 0 |
| TSA | $0.00 | 0 |
| USCG | $0.00 | 0 |
| USCIS | $0.00 | 0 |
| USSS | $0.00 | 0 |
| **AGENCY OVERALL** | **$28,845.99** | **0.33** |