# CIR Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, | |
| Plaintiff, | Civil Action 2:26-cv-2690 |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; FEDERAL BUREAU OF PRISONS | |
| Defendants. | |

**STIPULATED ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

1. Plaintiff's Complaint is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*.

2. On June 2, 2026, the parties filed a joint stipulation to extend the time for Defendants to respond to the Complaint (ECF No. 8), which the Court entered on June 3, 2026 (ECF No. 9). Per the Court's order, the Defendants' response to the Complaint is currently due on or before August 17, 2026.

3. The Parties are currently working towards an amicable resolution of this matter that would avoid the need for briefing the merits.

4. On July 31, 2026, Defendant Immigration Customs and Enforcement ("ICE") made an initial production of documents in response to Plaintiff's FOIA request. ICE further provided Plaintiff with a good-faith estimate of 4,681 additional, records responsive to Plaintiff's FOIA request. It also located approximately 25 hours of raw video footage. The parties agreed to a proposed production schedule as follows: (1) the August production will be at 500 pages; (2) subsequent document productions will be at a rate of 1,000 pages a month; and (3) video footage

will be produced after document production is complete at a rate of 45 minutes of video per month.

5. Defendant Federal Bureau of Prisons ("BOP") also provided Plaintiff with a good-faith estimate of the 1,920 records and 13 videos responsive to Plaintiff's FOIA request. The parties agreed to a proposed production schedule beginning in September under which BOP will produce 500 pages each month and will produce responsive video over the course of two months after document production is complete.

6. Accordingly, rather than have the Defendants respond to the Complaint at this time, or have the Parties expend their efforts briefing the merits, the Parties desire to extend Defendants' response deadline while Defendants continue to process the FOIA requests.

7. Therefore, it is hereby stipulated, by and between the Parties, that Defendants shall answer Plaintiff's Complaint on or before **September 16, 2026.**

Dated: August 17, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

_/s/ Victoria Peña-Parr_
VICTORIA PENA-PARR (PA 337924)
VANESSA L. STINE (PA 319569)
American Civil Liberties Union
P.O. Box. 60173
Philadelphia, PA 19102
(215) 592-1513
vpena-parr@aclupa.org
vstine@aclupa.org

*Counsel for Plaintiff*

_/s/ Mark C. Priebe_
MARK C. PRIEBE
GERALD SULLIVAN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8412 / 8786 (Priebe/Sullivan)
Mark.Priebe@usdoj.gov
Gerald.Sullivan@usdoj.gov

*Counsel for Defendants*

**APPROVED AND SO ORDERED**
**BY THE COURT:**

______________________________________
HONORABLE MIA ROBERTS PEREZ
*Judge, United States District Court*

Dated: ________